UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| QUINN "R" AMARO, | ) | 1:11-cv—00234-OWW-SKO-HC |
| | ) | |
| Petitioner, | ) | ORDER RE: FINDINGS AND |
| | ) | RECOMMENDATIONS (DOC. 8) |
| | ) | |
| v. | ) | ORDER DENYING PETITIONER'S |
| | ) | REQUEST FOR INJUNCTIVE RELIEF |
| HECTOR A. RIOS, JR., Warden, | ) | (DOC. 1) |
| | ) | |
| Respondent. | ) | |
| | ) | |
|  _____ | ) | |

    Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303.

    On February 18, 2011, the Magistrate Judge filed findings and recommendations recommending the denial of Petitioner's request for injunctive relief in the form of an order appointing counsel to represent him in proceedings before the United States Parole Commission.  The findings and recommendations also permitted the filing of objections within thirty days.  The findings and recommendations were served on all parties on the

same date. Although the time period for filing objections has passed, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the report and recommendation is supported by the record and proper analysis.

Accordingly, it is hereby ORDERED that:

1. The Findings and Recommendations filed on February 18, 2011, are ADOPTED in full; and

2. The request for injunctive relief in the form of an order appointing counsel to represent Petitioner in parole proceedings is DENIED. IT IS SO ORDERED.

**Dated:   July 8, 2011**                           /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE